

# THE THIRTEENTH COURT OF APPEALS

## 13-16-00217-CV

Dillon Transport Inc., Dillon Transport in its common or assumed name, and
Kenneth Eugene Jennings
v.
Theresa Gamez and Miguel A. Garcia Sr.

On appeal from the
of 117th District Court of Nueces County, Texas
Trial Cause No. 2015DCV-0235-B

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be DISMISSED. The Court orders the appeal DISMISSED in accordance with its opinion. Costs of the appeal are adjudged against the party incurring same.

We further order this decision certified below for observance.

January 12, 2017